RECEIVED
JUN 2 4 2013
TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| MARSHALL REEDOM, JR. | CIVIL ACTION NO. 6:12-CV-02037 |
| VERSUS | JUDGE DOHERTY |
| SHERIFF LOUIS M. ACKAL, ET AL. | MAGISTRATE JUDGE HANNA |

## JUDGMENT

This matter was referred to United States Magistrate Judge Patrick J. Hanna for report and recommendation. After an independent review of the record, and consideration of objections filed, this Court concludes that the Magistrate Judge's report and recommendation is correct and adopts the findings and conclusions therein as its own.

Accordingly, **IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that this lawsuit is dismissed without prejudice, consistent with the report and recommendation.

Signed at Lafayette, Louisiana, this 24 day of June, 2013.

Rebecca F. Doherty
United States District Judge